**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Nathan Edward BROWN, Petitioner**

**No. 269 WAL 2016**

Supreme Court of Pennsylvania.

December 21, 2016

## ORDER

PER CURIAM

**AND NOW**, this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Jermaine LANCIT, Petitioner**

**No. 378 EAL 2016**

Supreme Court of Pennsylvania.

December 21, 2016

## ORDER

PER CURIAM

**AND NOW**, this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Adonious WOOLARD, Petitioner**

**No. 334 EAL 2016**

Supreme Court of Pennsylvania.

December 21, 2016

## ORDER

PER CURIAM

**AND NOW**, this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.